IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02674-RPM

JACEK JAROSZYNSKI and
MALGORZATA OBRZYT,
a/k/a MARGO OBRZUT JAROSZYNSKI,

        Plaintiffs,

v.

WAL-MART STORES, INC.,
a Delaware corporation, and
ELIZABETH McCLEES and
STEPHANIE PINO,
        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16.1, it is

    ORDERED that a scheduling conference will be held on **September 21, 2006, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by September 14, 2006.

    DATED:  August 1st, 2006

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge