IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 CV 2674- RPM-MEH

JACEK JAROSZYNSKI, and

MALGORZATA OBRZUT, a/k/a MARGO OBRZUT JAROSZYNSKI,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

and

ELIZABETH MCCLEES and

STEPHANIE PINO,

    Defendants.

_____

## ORDER GRANTING MOTION TO DISMISS
_____

    This matter is before the COURT on the plaintiffs' motion to dismiss defendants Elizabeth McClees and Stephanie Pino. THE COURT HAS CONSIDERED THAT motion and the bases therefor. The motion is GRANTED.

    THE DEFENDANTS ELIZABETH MCCLEES and STEPHANIE PINO are hereby dismissed without prejudice. Hereafter, the Caption will reflect the dismissal by omitting the names of defendants' McClees and Pino.

    Dated this 22nd day of August, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              US DISTRICT COURT JUDGE