IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02674-RPM

JACEK JAROSZYNSKI and
MALGORZATA OBRZYT,
a/k/a MARGO OBRZUT JAROSZYNSKI,

                    Plaintiffs,

v.

WAL-MART STORES, INC.,
a Delaware corporation,

                    Defendant.

_____

ORDER VACATING SCHEDULING CONFERENCE
_____

On August 1, 2006, an order entered setting a scheduling conference for September 21, 2006, at 3:00 p.m.  On August 31, 2006, plaintiff's counsel filed a motion to allow him to appear at the scheduling conference by phone because he now lives in Jerusalem, Israel. Because a scheduling conference is an important part of the adjudicative process, this Court requires personal appearance of counsel.  According, it is

ORDERED that the scheduling conference set for September 21, 2006, is vacated and Mr. Japha shall advise the Court when he will be available to attend personally at a scheduling conference by telephoning Ms. Ginger Wentz at 303-844-4627 to arrange a date.

DATED: September 1st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge