IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02674-RPM

JACEK JAROSZYNSKI and
MALGORZATA OBRZYT,
a/k/a MARGO OBRZUT JAROSZYNSKI,

    Plaintiffs,

v.

WAL-MART STORES, INC.,
a Delaware corporation,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **October 27, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **October 20, 2006.**

    Dated: September 5th, 2006

                                              BY THE COURT:

                                              s/ Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge