**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 27, 2006
Courtroom Deputy: Bernique Abiakam
FTR Technician:   Kathy Terasaki

Civil Action No.  05-cv-02674-RPM

JACEK JAROSZYNSKI, et al.,                         David Japha

     Plaintiffs,

v.

WAL-MART STORES, INC.,
a Delaware corporation,                            Shane White

     Defendant.

## COURTROOM MINUTES

**Scheduling Conference**

**2:01 p.m.     Court in session.**

The Court addresses issues of jurisdiction and diversity.

Defendant states that they will not be challenging jurisdiction.

Discussion regarding the facts presented in the criminal trial.

Discussion regarding **Defendant Wal-Mart Stores Inc.'s Motion For Leave to File A Designation of Non-Parties (Filed 9/7/06; Doc. No. 35)**.

**ORDERED:   Defendant Wal-Mart Stores Inc.'s Motion For Leave to File A
                Designation of Non-Parties (Filed 9/7/06; Doc. No. 35) is DENIED.**

Discussion regarding claims.

Discussion regarding case schedule to accomodate Mr. Japha's schedule.

*05-cv-02674-RPM*
*Scheduling Conference*
*October 27, 2006*

The Court states that if counsel wants to a settlement conference, they should file a joint motion and a Magistrate Judge will be assigned.
Scheduling Order Signed.

**2:32 p.m.     Court in recess.**

Hearing concluded.
Total time in court: 31 minutes