IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 CV 2674- RPM-OES

JACEK JAROSZYNSKI, and

MALGORZATA OBRZUT, a/k/a MARGO OBRZUT JAROSZYNSKI,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

_____

**ORDER GRANTING MOTION TO DISMISS PLAINTIFF
MALGORZATA OBRZUT a/k/a MARGO OBRSUT JAROSZYNSKI
AND FOURTH CLAIM FOR RELIEF**
_____

This matter is before the COURT on the plaintiffs' motion to dismiss the plaintiff MALGORZATA OBRZUT a/k/a MARGO OBRZUT JAROSZYNSKI and her claim for loss of consortium, the fourth claim for relief, with prejudice.   THE COURT HAS CONSIDERED the plaintiffs' request and  notes that it is unopposed.   The motion is GRANTED.

THE plaintiff  MALGORZATA OBRZUT, a/k/a MARGO OBRZUT JAROSZYNSKI, is hereby dismissed with prejudice.    Hereafter, the Caption  will reflect the dismissal by omitting the name of MALGORZATA OBRZUT, a/k/a MARGO OBRZUT JAROSZYNSKI,

Dated this 30th day of January, 2007.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                US DISTRICT COURT JUDGE