IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 CV 2674- RPM-OES

JACEK JAROSZYNSKI,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

_____

**ORDER AMENDING OCTOBER 27, 2006 SCHEDULING ORDER**
_____

This matter is before the COURT on the plaintiff's unopposed motion to amend the October 27, 2006 Scheduling Order to set the time by which the plaintiff and defendant shall endorse expert witnesses. THE COURT HAS CONSIDERED the plaintiffs' request and notes that it is unopposed. Further, the Court finds good cause for the amendment and the motion is GRANTED.

The Scheduling Order is amended to allow the plaintiff to and including March 1, 2007 to endorse any expert witnesses and the defendant to and including March 21, 2007 to endorse any expert witnesses.

Dated this 16th day of February, 2007.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    US DISTRICT COURT JUDGE