IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02674-RPM

JACEK JAROSZYNSKI,

        Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware corporation,

        Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **November 2, 2007, at 9:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on October 25, 2007.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 5th, 2007

                                  BY THE COURT:
                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior Judge