IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02674-RPM

JACEK JAROSZYNSKI,

        Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware corporation,

        Defendant.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on November 2, 2007, it is

ORDERED that this matter is set for trial to jury on **February 4, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: November 6th, 2007

                                      BY THE COURT:
                                      s/Richard P. Matsch

                                      Richard P. Matsch, Senior Judge