## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02674-RPM

JACEK JAROSZYNSKI,

      Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

      Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FEB - 7 2008

GREGORY C. LANGHAM
CLERK

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

      IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on February 4, 2008, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

      DATED at Denver, Colorado this ___7___ day of February, 2008.

                              BY THE COURT:

                              _____
                              Richard P. Matsch, Judge
                              United States District Court

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF

                              _____
                              ATTORNEY FOR DEFENDANT